Anne Frassetto Olsen, Esq.  (SBN 099680)
Abramson Church & Stave LLP
17 East Gabilan Street
Salinas, CA  93901
Telephone (831) 758-2401
Facsimile (831) 758-2028

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD T. BERTO, et al, | ) Case No.: C 05 3409 CRB |
|---|---|
| Plaintiffs, | ) |
| vs. | ) STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |
| B-4 CONCRETE, INC, et al., | ) |
| Defendants | ) |

IT IS HEREBY STIPULATED by the parties through their respective counsel that Defendants B-4 CONCRETE, INC. and GERALD BROCK shall have until November 3, 2005 in which to otherwise respond to the complaint filed herein.

Dated: October 3, 2005                         ABRAMSON, CHURCH & STAVE LLP

                                                By _____
                                                    Anne Frassetto Olsen, Esq.
                                                    Attorneys for Defendants

Dated: October 3, 2005                         STANTON, KAY & WATSON, LLP

                                                By _____
                                                    James P. Watson, Esq.
                                                    Attorneys for Plaintiffs

**APPROVED** — Judge Charles R. Breyer (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT - 1