1  James P. Watson, (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  STANTON, KAY & WATSON, LLP
   101 New Montgomery, Fifth Floor
3  San Francisco, CA  94105
   Telephone:  (415) 512-3501
4  Facsimile:  (415) 512-3515
   E-Mail:  jamesw@skwsf.com; brucel@skwsf.com
5
   Attorneys for Plaintiffs
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 EDWARD T. BERGO as CHAIRMAN and KARL          Case No.:  C-05-3409 CRB
   BIK as CO-CHAIRMAN of the BOARD OF
11 TRUSTEES FOR THE CEMENT MASONS                PLAINTIFFS' UNOPPOSED REQUEST
   HEALTH AND WELFARE TRUST  FUND FOR            FOR DISMISSAL AND [PROPOSED]
12 NORTHERN CALIFORNIA; CEMENT MASONS            ORDER
   VACATION/HOLIDAY TRUST FUND FOR
13 NORTHERN CALIFORNIA; CEMENT MASONS
   PENSION TRUST FUND FOR NORTHERN
14 CALIFORNIA; and CEMENT MASONS
   APPRENTICESHIP AND TRAINING TRUST
15 FUND FOR NORTHERN CALIFORNIA,

16             Plaintiffs,

17    v.

18 B-4 CONCRETE, INC., a California corporation;
   and GERALD BROCK, an Individual,
19
               Defendants.
20

21     Now come the plaintiffs, hereinabove named, and request that the within action be dismissed.

22 The reason for the request is that the plaintiffs and the defendants have entered into a tentative

23 settlement arrangement which is very likely to result in complete disposition of the entire matter and

24 no purpose would be served in continuing the action at this time.

25 DATED:  November 9, 2005                         STANTON, KAY & WATSON, LLP

26

27                                                 By_____/s/_____
                                                              James P. Watson
28
                                                   Attorneys for Plaintiffs

-1-
**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER [CASE NO. C-05-3409 CRB]**

1 **[PROPOSED] ORDER**

2 Pursuant to the aforesaid request, it is hereby ORDERED that this case be DISMISSED.

4 DATED: November 14, 2005                 _____
                                          HON. CHARLES R. BREYER
5                                          UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer*

8 F:\CASES\8000\8000.204 B-4 Concrete\PLEADINGS\REQUEST FOR DISMISSAL

-2-
**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER [CASE NO. C-05-3409 CRB]**